■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD C. PENDLETON, Appellant. [40 NYS3d 340]—Appeal from a judgment of the Supreme Court, Niagara County (Matthew J. Murphy, III, A.J.), rendered June 17, 2015. The judgment convicted defendant, upon his plea of guilty, of attempted criminal contempt in the second degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Mackey*, 79 AD3d 1680, 1681 [2010], *lv denied* 16 NY3d 860 [2011]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.